# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | CASE NO. 2:26-PO-00028 |
| | MAGISTRATE JUDGE JOLSON |
| GREGORY L. MONROE, Defendant. | |

## ORDER

Upon motion of the United States, and the Court being duly advised in the premises.

IT IS HEREBY ORDERED THAT this case be DISMISSED.

s/ Kimberly A. Jolson
**KIMBERLY A. JOLSON**
**United States Magistrate Judge**

5/7/2026
**DATE**